**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DANIEL L. WRIGHT,

    Petitioner,

v.                                                  CASE NO. 4:10cv294-MP-WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging Petitioner's conviction out of this district in case number 4:99cr22-RH, is DENIED as Petitioner has failed to demonstrate that the § 2255 remedy is inadequate or ineffective under § 2255(e).

    3. Petitioner's Motion for Appointment of Counsel and for an Evidentiary Hearing (doc. 18) is DENIED.

    **DONE and ORDERED** this 23rd day of February, 2012.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
                                          CHIEF UNITED STATES DISTRICT JUDGE**